| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| | Ace C. Van Patten, Esq. |
| 2 | Nevada Bar No. 0050 |
| | Ramir M. Hernandez, Esq. |
| 3 | Nevada Bar No. 11731 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| | Las Vegas, NV 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| | avanpatten@wrightlegal.net |
| 6 | rhernandez@wrightlegal.net |
| 7 | *Attorneys for Defendant, Select Portfolio Servicing, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN R. EVENSON, | Case No.: 2:18-cv-01123-GMN-NJK |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| vs. | |
| SELECT PORTFOLIO SERVICING, INC; EQUIFAX INFORMATION SERVICES, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, Susan R. Evenson ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On June 25, 2018, Plaintiff filed her Complaint [ECF No. 1]. SPS was served with Plaintiff's Complaint on June 26, 2018. The Parties have discussed extending the deadline for SPS to respond to the complaint. Based on the above service, SPS's answer or responsive pleading would have been due on or before July 23, 2018. However, SPS's counsel did not become aware of the service date until July 26, 2018. When SPS's counsel became aware of the service date, it immediately contacted Plaintiff's counsel, who agreed to an extension of time for SPS to respond to the Complaint. The parties request that the Court take this into consideration as excusable neglect for their failure to submit a stipulation prior to the response deadline.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for SPS to file

its responsive pleading to August 9, 2018.

This is the first stipulation for extension of time for SPS to file its response to Plaintiff's Complaint. The parties request this extension in order to explore the claims of the case and discuss possible resolution. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 27th day of July, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Ace C. Van Patten, Esq.
Nevada Bar No. 0050
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

DATED this 27th day of July, 2018.
HAINES& KRIEGER, LLC

*/s/ David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff, Susan R. Evenson*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _ July 20, 2018 _____