UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN R. EVENSON,<br><br>　Plaintiff(s),<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>　Defendant(s). | Case No.: 2:18-cv-01123-GMN-NJK<br><br>**Order**<br><br>(Docket No. 13) |

Before the Court is Plaintiff and Defendant Select Portfolio Servicing, Inc.'s notice of settlement. Docket No. 13. The Court **ORDERS** these parties to file a stipulation of dismissal no later than October 5, 2018.

IT IS SO ORDERED.

Dated: August 6, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1